# *EXHIBIT A*

JUDGMENT PURSUANT TO STIPULATION

District Council 16 Northern California Health & Welfare Trust Fund v. Southside Flooring, Inc.

*USDC, Case No.: C11-3578 SC*

**JUDGMENT PURSUANT TO STIPULATION**

*JOB REPORT FORM*

**\*\*\* Updated report must be faxed to Muriel B. Kaplan, Esq., at (415) 882-9287 on the 20<u>th</u> day of each month \*\*\***

Employer Name: _____

Report for the month of _____   Submitted by (print name): _____

| Project Name: | |  | |
|---|---|---|---|
| Project Address: | | | |
| General Contractor: | | | |
| General Contractor Address/Tel. #: | | | |
| Contract #: | | Date of Contract: | |
| Total Value of Contract: | | | |
| Work Start Date: | | Work Completion Date: | |

| Project Name: | |  | |
|---|---|---|---|
| Project Address: | | | |
| General Contractor: | | | |
| General Contractor Address/Tel. #: | | | |
| Contract #: | | Date of Contract: | |
| Total Value of Contract: | | | |
| Work Start Date: | | Work Completion Date: | |

| Project Name: | |  | |
|---|---|---|---|
| Project Address: | | | |
| General Contractor: | | | |
| General Contractor Address/Tel. #: | | | |
| Contract #: | | Date of Contract: | |
| Total Value of Contract: | | | |
| Work Start Date: | | Work Completion Date: | |

| Project Name: | |  | |
|---|---|---|---|
| Project Address: | | | |
| General Contractor: | | | |
| General Contractor Address/Tel. #: | | | |
| Contract #: | | Date of Contract: | |
| Total Value of Contract: | | | |
| Work Start Date: | | Work Completion Date: | |

*\*\*\* Attach additional sheets as necessary \*\*\**